THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH MINARIK,<br><br>        Plaintiff,<br>  v.<br><br>GENERAL MOTORS LLC,<br><br>        Defendant. | CASE NO. C17-1615-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an extension of the deadline for Defendant's responsive pleading to Plaintiff's class action complaint (Dkt. No. 8). The Court, finding good cause, GRANTS the motion. Defendant shall have until twenty-one (21) days after the Judicial Panel on Multidistrict Litigation rules on Plaintiffs' motion for transfer to the Southern District of Florida to answer or otherwise respond to the class action complaint in this matter.

DATED this 27th day of November 2017.

William M. McCool<br>
Clerk of Court<br><br>
s/Tomas Hernandez<br>
Deputy Clerk